IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EMMANUEL PEREZ,

                    Petitioner,                          **8:22CV234**

          vs.

DIANE SABATKA-RINE,                                      **ORDER**

                    Respondent.

          This matter is before the Court for case management.  Petitioner was ordered to file and serve a brief in response to the Respondent's Answer, Filing No. 11, and Brief, Filing No. 12.  *See* Filing No. 4.  Petitioner's brief was due on April 21, 2023, and has not been filed with the Court.

          Additionally, the Court is aware that Rob Jeffreys became the Director of the Nebraska Department of Correctional Services on April 17, 2023, replacing the current respondent, Diane Sabatka-Rine.   *See* Filing No. 17, Case No. 8:22CV191. Accordingly,

          IT IS ORDERED that:

          1.     Petitioner shall file his brief in response to the Respondent's Answer and Brief on or before **May 23, 2023**.  Otherwise, the matter will be ripe for consideration.

          2.     The Clerk of Court is directed to set a pro se case management deadline using the following text: **May 23, 2023**: check for Petitioner's brief.

          3.     The Clerk of Court is further directed to update the Court's records to reflect that Rob Jeffreys is the sole proper respondent in this action.

Dated this 3rd day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge